IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DIRK ALAN THIERER,<br><br>  Defendant. | No.  4:01-cr-00225-01-JAJ<br><br><br><br>**ORDER** |

This matter comes before the court pursuant to communication from Wells Fargo Bank enclosing five checks for interest associated with deposits related to this case for accounts that were closed between 2004 and 2006.  Wells Fargo indicated that funds in these accounts may not have consistently earned the required minimum interest rate established by the State of Iowa.  Wells Fargo sent five checks payable to the U.S. District Court.

Upon the foregoing,

**IT IS ORDERED** that the clerk of court shall deposit the five Wells Fargo checks to the court's registry.  It shall then apply these funds to the restitution obligation in this case.

**DATED** this 7th of May, 2019.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA